P. R. Dunn's Exors. *v.* P. B. Thompson, &c.

Actions—Offer to Confess Judgment—Election—Dismissal.

When the defendant offers to confess judgment and the court required the plaintiff to elect to allow him to do so, and on the refusal of the plaintiff to accept of a judgment against the defendant, the action as to him was properly dismissed.

APPEAL FROM MERCER CIRCUIT COURT.

June 26, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

As the defendant, P. B. Thompson, offered to confess judgment, it seems to us the court properly required the plaintiff to elect to allow him to do so, or have the action dismissed as to him. And on the refusal of the plaintiff to elect or to accept of a judgment against Thompson, the action as to him was properly dismissed. Thompson's testimony, which we regard as competent, clearly establishes such a mountain of debt as to release the appellees who did not assent to it, according to principles repeatedly recognized by this court.

Wherefore the judgment is *affirmed.*

*Hardin,* for appellant.

*J. B. & P. B. Thompson,* for appellees.